IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFF BARTELS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00212

Judge John F. Kness

Magistrate Judge Jeffrey Cole

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 142 | JINSHIHAN |
| 146 | WANDIC US |
| 16 | BUAKOYP |
| 77 | IGETELY |
| 162 | deals today 2023 Qinnyo 7-14 days |
| 151 | Xinyu Xin Co., Ltd. |
| 4 | Gubotare |
| 47 | mnadsk(7-15 Day Delivery) |
| 108 | Vedolay |
| 154 | MileHouse |
| 155 | EOESTLD |
| 156 | heaven2017 |
| 157 | paykiatry |
| 158 | Lucare |
| 159 | DOCKER |
| 179 | LUYANhapy9 |
| 18 | FAZHISHUN |
| 33 | AmoyStreet |
| 140 | APAREAL |

| | |
|---|---|
| 141 | muyingzhuo |
| 189 | chengduwofuwenshangmaoyouxiangongsi |
| 160 | CGD Store |
| 113 | tuqu |
| 198 | JZZSIEY |
| 119 | Sunturtle |
| 194 | Family Shop Gift |

DATED: June 24, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 24, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt