IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFF BARTELS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00212

Judge John F. Kness

Magistrate Judge Jeffrey Cole

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

|  | DEFENDANT |
| --- | --- |
| 201 | HDCB |
| 32 | Akira Crafts |
| 8 | YOUMENG OFFICIAL SHOP |
| 25 | gemankeji |
| 123 | UNICEU |
| 203 | quanzhoushikehuanwangluokejiyouxiangongsi |
| 64 | Chenxing |
| 174 | MagiDent |
| 65 | Drawelry US |
| 224 | Adviicd Chioce |
| 42 | FMCHICO |

| | |
|---|---|
| 112 | xinmugto |
| 166 | Tlovudori |

DATED:  June 24, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　33 W. Jackson Blvd., #2W
　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　Telephone: 312-971-6752
　　　　　　　　　　　　　　　　　　　　E-mail: keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 24, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                     */s/ Keith A. Vogt*
                                                     Keith A. Vogt