IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF BARTELS,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | No. 24-cv-00212<br><br>Judge John F. Kness |

**DEFAULT JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff JEFF BARTELS ("Bartels" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Bartels's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-301-714; VA 2-302-820; VA 2-302-325; VA 2-302-800; VA 2-302-557; VA 2-302-927; VA 2-301-715; VA 2-302-324; VA 2-301-717; VA 2-302-813; VA 2-302-539; VA 2-301-718; VA 2-301-965; VA 2-302-815; VA 2-302-548; VA 2-301-709; VA 2-301-953; VA 2-303-003; VA 2-302-551; VA 2-301-960; VA 2-301-966; VA 2-302-930; VA 2-302-544; VA 2-302-816; VA 2-302-545; VA 2-302-547; VA 2-302-558; VA 2-302-927; VA 2-302-554; VA 2-302-555; VA 2-302-540; VA 2-301-957; VA 2-301-964; VA 2-302-817; VA 2-302-548; VA 2-302-270; VA 2-301-989; VA 2-302-272; VA 2-302-809; VA 2-301-712; VA 2-301-716; VA 2-302-814; VA 2-302-315;

VA 2-301-968; VA 2-301-971; VA 2-302-273; VA 2-302-818; VA 2-302-266; VA 2-301-972; VA 2-302-276; VA 2-301-991; VA 2-302-253; VA 2-301-974; VA 2-302-048; VA 2-302-057; VA 2-302-056; VA 2-302-505; VA 2-301-944; VA 2-321-928; VA 2-302-083; VA 2-302-082; VA 2-301-949; VA 2-302-507; VA 2-301-947; VA 2-301-915; VA 2-302-046; VA 2-302-053; VA 2-302-049; VA 2-302-470; VA 2-302-496; VA 2-302-084; VA 2-301-923; VA 2-302-044; VA 2-302-473; VA2-302-054; VA 2-302-051; VA 2-301-851; VA 2-302-504; VA 2-302-205; VA 2-302-503; VA 2-302-045; VA 2-302-043; VA 2-302-061; VA 2-302-062; VA 2-302-060; VA 2-302-378; and VA 2-302-058 (the "Jeff Bartels Works") to residents of Illinois. Defaulting Defendants are liable for willful federal copyright infringement under 17 U.S.C. § 504.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Jeff Bartels Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jeff Bartels product or not authorized by Bartels to be sold in connection with the Jeff Bartels Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Jeff Bartels product or any other product produced by Bartels, that is not Bartels's or not produced under the authorization, control, or supervision of Bartels and approved by Bartels for sale under the Jeff Bartels Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Bartels, or are sponsored by, approved by, or otherwise connected with Bartels; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Bartels, nor authorized by Bartels to be sold or offered for sale, and which bear any of Bartels' copyrights, including the Jeff Bartels Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon"), Walmart Inc. ("Walmart"), Wish US Holdings LLC d/b/a Wish.com ("WISH") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jeff Bartels Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jeff Bartels Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Jeff Bartels product or not authorized by Bartels to be sold in connection with the Jeff Bartels Works.

3. Upon Bartels' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jeff Bartels Works.

4. Under 17 U.S.C. § 504(c)(2), Bartels is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Jeff Bartels Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and First Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, Walmart, and WISH shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, Walmart, and WISH, are hereby released to Bartels as partial payment of the above-identified damages, and Third Party Providers, including Amazon, Walmart, and WISH, are ordered to release to Bartels the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Bartels has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Bartels shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8. In the event that Bartels identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Bartels may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jeff Bartels and any e-mail addresses provided for Defaulting Defendants by third parties.

9. To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

**This is a Final Judgment**.

SO ORDERED in No. 24-cv-00212.

Date: July 10, 2024

_____
JOHN F. KNESS
United States District Judge

**FIRST AMENDED SCHEDULE A**

| No. | Defendants |
|---|---|
| 1 | ★ 🖤 ★ LATINDAY ★ 🖤 ★ 2020 NEW ARRIVAL —75% OFF |
| 2 | Elegancityy |
| 3 | BOLAYU |
| 4 | |
| 5 | DGKaxiyaHM Store |
| 6 | HongJIaasd 💟 💟 (7-18 day Delivery) |
| 7 | SAOJEYI-DG |
| 8 | |
| 9 | ABSYY |
| 10 | Coyote-huli107 |
| 11 | dengzhoushiguanmingshangmaoyouxiangongsi |
| 12 | JINLIXIAGG |
| 13 | |
| 14 | hemlock |
| 15 | CSJIAXO |
| 16 | |
| 17 | gersrd |
| 18 | |
| 19 | YANIEC |
| 20 | Guoheamz |
| 21 | Visit to Lozeny Store |
| 22 | POFREE |
| 23 | kun ming diu ye shang mao you xian gong si |
| 24 | DingAnShuoMeiShangMaoYouXianGongSi |
| 25 | |
| 26 | PochNe |
| 27 | dcxtOx |
| 28 | sheerue771 |
| 29 | MDYF |
| 30 | Zhang Yang's Store |
| 31 | |
| 32 | |
| 33 | |
| 34 | Qianxitang |
| 35 | MakingDaa |
| 36 | UNEAO |

| | |
|---|---|
| 37 | MaChen-us |
| 38 | Smilvy |
| 39 | QINSHANG |
| 40 | yeshahe |
| 41 | tohivh store |
| 42 | |
| 43 | Yuaekjes |
| 44 | INTIMES |
| 45 | MeiRongSen |
| 46 | VinFentm |
| 47 | |
| 48 | Rockia |
| 49 | putianchengxiangqusongdeqiangbaihuoshanghang |
| 50 | paykiatry |
| 51 | hongdonghuafanmaoyiyouxiangongsi |
| 52 | fuzhoushijinanqumiaodaowujindian |
| 53 | Hajimi |
| 54 | ENN ShengXiang |
| 55 | LYXuanXianxiaodian |
| 56 | Cholyme America - Mathew Blaise |
| 57 | Shriver Trinh |
| 58 | ILLOCOAST |
| 59 | Lecky Sean James |
| 60 | LeeAutumn |
| 61 | Zenladen LLC USA |
| 62 | Calm down and think |
| 63 | GLIKW |
| 64 | |
| 65 | |
| 66 | Shopbesepro |
| 67 | RosaBella Store |
| 68 | SKY365789 |
| 69 | MHGiftStore |
| 70 | NGO VAN HUNG PXHN |
| 71 | SANSAN STICKER |
| 72 | Ngremaino |
| 73 | Scholastica Loc |
| 74 | Diana Lysa |
| 75 | YuanZhouQuZongAoBaiHuoDian1 |

| 76 | weirunan |
| --- | --- |
| 77 | |
| 78 | GEYDFIOT |
| 79 | Lipoipo |
| 80 | Mustafa Aktas MUSTAFA |
| 81 | duyhao |
| 82 | |
| 83 | RSPD ⭐ quality & cheaper ⭐ |
| 84 | Laday |
| 85 | SuDong Store |
| 86 | ROOHOME US |
| 87 | Best Gift 1268 |
| 88 | guyunhaokeji |
| 89 | Visit the WVAYOAO Store |
| 90 | Linsoon ⭐ ⭐ ⭐ ⭐ 10-20 Days Delivery |
| 91 | li168078yu040516lu |
| 92 | SolwDa |
| 93 | KONYUO |
| 94 | Vintago |
| 95 | YINGLUO |
| 96 | Thinhs Store |
| 97 | THI HOI HN |
| 98 | MANN PHUONG SHOP |
| 99 | Hoang Kan |
| 100 | EOESTLD |
| 101 | Lmk Signs Art |
| 102 | |
| 103 | Guangzhouyiyuanhuazhuangpinyouxiangongsi |
| 104 | Emitonse |
| 105 | Rishi-doom |
| 106 | PORiwen |
| 107 | GDTNStore |
| 108 | |
| 109 | LEEHEE |
| 110 | Reyor Shade |
| 111 | QuangThangArt |
| 112 | |
| 113 | |
| 114 | hybestforu |

| | |
|---|---|
| 115 | Bear Hut |
| 116 | zxhlw228 |
| 117 | Personalized Custom Store |
| 118 | Tong Chu Zhuan Mai |
| 119 | |
| 120 | Designfullprint |
| 121 | |
| 122 | UZZUHI |
| 123 | |
| 124 | PZZ |
| 125 | |
| 126 | |
| 127 | xiaozhongyuan |
| 128 | zhonganmeng |
| 129 | guocunqua |
| 130 | shuozhoushipingluquxinyueshangmaoyouxiangongsi5542 |
| 131 | DUSISI US |
| 132 | FUNEY 7-15Days Arrive |
| 133 | zhengzhibing |
| 134 | ODLKFNHJH |
| 135 | Joyce's Sun US |
| 136 | Cagge |
| 137 | Feixiangus |
| 138 | |
| 139 | Yiwanlai |
| 140 | |
| 141 | |
| 142 | |
| 143 | Amitorfo |
| 144 | |
| 145 | TNN SMARTSOLUX |
| 146 | |
| 147 | HZB-Toys |
| 148 | |
| 149 | Shenzhen Xiaorun E-Commerce Co., Ltd. |
| 150 | Gloneld |
| 151 | |
| 152 | Hansilute |
| 153 | Cuteroom |

| | |
|---|---|
| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |
| 159 | |
| 160 | |
| 161 | Daytoyz-US |
| 162 | |
| 163 | QUEFASHION |
| 164 | dealstorezz |
| 165 | Bel'Veth.LLC |
| 166 | |
| 167 | Zhengyishop |
| 168 | LUOENW |
| 169 | LIJANSHOP |
| 170 | guolangzi888 |
| 171 | chengduyichaozhuangshangmaoyouxiangongsi |
| 172 | zixixianyaoheyingbaihuoshanghang |
| 173 | toubealyakik |
| 174 | |
| 175 | wfyuning |
| 176 | lixinzhuyunbaihuoxiaoshouyouxiangongsi |
| 177 | QiaoBi |
| 178 | NAOMI KAN |
| 179 | |
| 180 | pengzitou |
| 181 | zhangzhanqiang |
| 182 | |
| 183 | dongguanshihuayiwenhuachuanmeiyouxiangongsi |
| 184 | LICHI HOME STYLE |
| 185 | |
| 186 | |
| 187 | yoaiee decor |
| 188 | giftland |
| 189 | |
| 190 | guangdongshengxukejishangmaoyouxiangongsi |
| 191 | gaoqian22 |
| 192 | TRAN TUAN DAT HN02 |

10

| | |
|---|---|
| 193 | Slicen.LLC |
| 194 | |
| 195 | LiYongtrhe |
| 196 | yiwushijingdongdianzishangwushanghang |
| 197 | V-Myliolen store |
| 198 | |
| 199 | Buluodetaiyang |
| 200 | |
| 201 | |
| 202 | Jiusike |
| 203 | |
| 204 | DOCKER |
| 205 | Mikilon |
| 206 | Wangting Household |
| 207 | xuruifeng |
| 208 | Clothing and Home Decor |
| 209 | Fuchi Vehicle |
| 210 | Leimeng Armoire |
| 211 | CHIBEON |
| 212 | Jingbo Kitchen |
| 213 | Farmelov Store |
| 214 | Skartam Store |
| 215 | Amlion Store |
| 216 | Personalized Towel |
| 217 | Dkelincs |
| 218 | HEALTH GUARD |
| 219 | Floleo |
| 220 | Haisian Tool |
| 221 | lhydz |
| 222 | Hilake Vintage Wardrobe |
| 223 | Hn Smart |
| 224 | |
| 225 | Pld LLC |
| 226 | Azalea Fitting |
| 227 | Cute Stickers For Kids |